RECEIVED

JAN 3 0 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| BRUCE DIETZ<br>LA. DOC #440833 | CIVIL ACTION NO. 6:12-cv-2010 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| WARDEN WESLEY HAYES, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

**The Clerk of Court is further directed to send a copy of this judgment to the keeper of the three strikes list in Tyler, Texas.**

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 30 day of January, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE